**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

CLARENCE REGINALD WILLIAMS,                                                                PLAINTIFF
ADC #162007

v.                                    No. 1:16CV00097-JLH-JTK

THOMAS FINNIE, et al.                                                                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  There have been no objections.  After a review of those proposed findings and recommendations, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that defendant Arkansas Department of Correction, Grimes Unit, be DISMISSED from plaintiff's complaint.

IT IS SO ORDERED this 1st day of September, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE