# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

CLARENCE REGINALD WILLIAMS                                            PLAINTIFF

v.                      No. 1:16CV00097-JLH-JTK

THOMAS FINNIE, et al.                                                    DEFENDANTS

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendant's Motion for Summary Judgment (Doc. No. 15) is GRANTED, and Plaintiff's Complaint against Defendant is DISMISSED without prejudice, for failure to exhaust.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 12th day of April, 2017.

                                                       _____
                                                       J. LEON HOLMES
                                                       UNITED STATES DISTRICT JUDGE