# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

CLARENCE REGINALD WILLIAMS                                               PLAINTIFF

v.                              No. 1:16CV00097-JLH-JTK

THOMAS FINNIE, et al.                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 12th day of April, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE